IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| WAGUIH SIAG, INDIVIDUALLY, AND AS REPRESENTATIVE OF TOURISTIC INVESTMENT & HOTELS MANAGEMENT COMPANY (SIAG) And SIAG-TABA COMPANY | § § § § § § | |
| Plaintiffs, | § § | Civil Action No. 4:10-cv-2096 (Judge Hittner) |
| v. | § § | |
| KING & SPALDING LLP and REGINALD R. SMITH | § § § | Related Action to Civil Action No. 4:10-cv-367 |
| Defendants. | § | (Judge Harmon) |

## ~~[redacted]~~ ORDER

On this day the Court considered Defendants' Motion for Leave to File a Response Brief in Excess of Twenty Pages to Plaintiffs' Emergency Motion for Temporary Restraining Order and Preliminary Injunction (the "Motion"). Having considered the Motion, it is GRANTED.

It is ORDERED that Defendants may file a response brief no longer than 40 pages.

Date: June 23, 2010

Honorable Melinda Harmon