IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| WAGUIH SIAG, INDIVIDUALLY, AND AS REPRESENTATIVE OF TOURISTIC INVESTMENT & HOTELS MANAGEMENT COMPANY (SIAG) And SIAG-TABA COMPANY | § § § § § § | |
| Plaintiffs, | § § | Civil Action No. 4:10-cv-367 |
| v. | § § | Civil Action No. 4:10-cv-2096 |
| KING & SPALDING LLP and REGINALD R. SMITH | § § § | (Consolidated Cases) |
| Defendants. | § § | |

**EXHIBITS 1 – 10**