IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS, HOUSTON DIVISION

```
--------------------------------------------------------x
                                                        :
WAGUIH SIAG, INDIVIDUALLY                               :
AND AS REPRESENTATIVE OF                                :
TOURISTIC INVESTMENT &                                  :    Civil Action
HOTELS MANAGEMENT                                       :    No. 4:10-cv-367
COMPANY (SIAG),                                         :
and SIAG-TABA COMPANY,                                  :    Civil Action No.
                                                        :    4:10-cv-2096
                    Plaintiffs,                         :
                                                        :    (Consolidated Cases)
    - against -                                         :
                                                        :
KING & SPALDING, LLP and                                :
REGINALD R. SMITH,                                      :
                                                        :
                    Defendants.                         :
--------------------------------------------------------x
```

## PLAINTIFFS' EXHIBIT LIST

1. Contract of Representation ("Contingency Fee Contract")

2. March 30, 2010 London Court of International Arbitration ("LCIA") Interim Order ("LCIA Order and Award")

3. Affidavit of Waguih Siag sworn to on June 7, 2010 in Support of (i) Application for Order to Vacate Arbitrator's March 30, 2010 London Court of International Arbitration Order and Award and Stay Arbitration Proceedings, and (ii) Emergency Motion for Temporary Restraining Order and Preliminary Injunction, attaching;

    Exhibit A: February 19, 2006 email from Mr. Smith to Mr. Siag

    Exhibit B: Plaintiffs' Original Petition for Declaratory Judgment & Demand for Jury Trial

    Exhibit C: Defendants' Notice of Removal

Exhibit D: Plaintiffs' Cross-Motion to Remand

Exhibit E: Memorandum of Law in Support of Plaintiffs' Cross-Motion to Remand and in Opposition to Defendants' Motion to Compel Arbitration

Exhibit F: LCIA Arbitration Rules

Exhibit G: March 9, 2010 email sent on behalf of Mr. Nouroozi

Exhibit I: May 11, 2010 cover letter attaching "Claimant's Application for the Conversion of the Tribunal's Interim Order Dated 30 March 2010 Into An Interim Award," and draft of Proposed Award

Plaintiffs' reserve the right to supplement this Exhibit List at the hearing as necessary and appropriate.