IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| WAGUIH SIAG, INDIVIDUALLY, AND § | | |
| AS REPRESENTATIVE OF TOURISTIC§ | | |
| INVESTMENT & HOTELS § | | |
| MANAGEMENT COMPANY (SIAG) § | | |
| And SIAG-TABA COMPANY § | | |
| § | | |
| Plaintiffs, § | Civil Action No. 4:10-cv-367 | |
| § | | |
| v. § | | |
| § | Civil Action No. 4:10-cv-2096 | |
| KING & SPALDING LLP and § | | |
| REGINALD R. SMITH § | (Consolidated Cases) | |
| § | | |
| Defendants. § | | |

_____

**EXHIBITS 1 – 10
TO
DEFENDANTS' RESPONSE TO PLAINTIFFS' APPLICATION FOR
ORDER TO VACATE ARBITRATOR'S MARCH 30, 2010 LONDON
COURT OF INTERNATIONALARBITRATION ORDER AND AWARD
AND STAY ARBITRATION PROCEEDINGS**

_____