UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| WAGUIH SIAG, INDIVIDUALLY AND AS REPRESENTATIVE OF TOURISTIC INVESTMENT & HOTELS MANAGEMENT COMPANY (SIAG), and SIAG-TABA COMPANY,<br><br>Plaintiffs,<br><br>-against-<br><br>KING & SPALDING, LLP, AND REGINALD R. SMITH,<br><br>Defendants. | § § § § § § § § § § § § § § § § § § § | Civil Action<br>No. 4:10-cv-367<br><br>Civil Action<br>No. 4:10-cv-2096<br><br>(Consolidated Cases) |

## PLAINTIFFS' NOTICE OF APPEAL FROM DENIAL OF EMERGENCY MOTION FOR PRELIMINARY INJUNCTION

Notice is hereby given that Plaintiffs Waguih Siag, individually and as representative of Touristic Investment and Hotels Management Company (SIAG) ("Touristic Investment"), and SIAG-TABA Company (together with Touristic Investment, "SIAG," and the three collectively, "Plaintiffs"), pursuant to Federal Rule of Appellate Procedure 3, hereby appeal to the United States Court of Appeals for the Fifth Circuit from that part of the Order of the United States District Court for the Southern

Legallus.14733.1

District of Texas, entered in this case on June 30, 2010 (Docket #62), denying Plaintiffs' emergency motion for preliminary injunction.

Dated:  July 30, 2010

Respectfully submitted,

By: /s/ Brett Wagner
    Brett Wagner - SBN: 20654270

DOHERTY WAGNER
Southern District I.D. No. 59875
13810 Champion Forest Drive Suite 225
Houston, Texas 77069
281-583-8700 - Tel
281-583-8701 - Fax

MISHCON DE REYA NEW YORK LLP
James J. McGuire (admitted *pro hac vice*)
200 Park Avenue, 44th Floor
New York, New York 10166
212-612-3270 - Tel
212-612-3297 - Fax

Of Counsel:

MARK W. LONG & ASSOCIATES
Mark W. Long - SBN: 129214950
Southern District I.D. No. 8816
101 West 6th Street Suite 720
Austin, Texas 78701
512-329-5005 - Tel
512-322-2096 - Fax

*Attorneys for Plaintiffs*
*Waguih Siag, Individually, and as*
*Representative of Touristic Investment &*
*Hotels Management Company (SIAG) and*
*SIAG-TABA Company*

## CERTIFICATE OF SERVICE

I certify that on this 30th day of July 2010, a copy of Plaintiffs' NOTICE OF APPEAL FROM DENIAL OF EMERGENCY MOTION FOR PRELIMINARY INJUNCTION was sent via electronic means to the following counsel of record:

>Robin C. Gibbs
>Scott A. Humphries
>Jeffrey C. Kubin
>Anthony N. Kaim
>Gibbs & Bruns, L.L.P.
>1100 Louisiana, Suite 5300
>Houston, Texas 77002

>/s/ Brett Wagner

>BRETT WAGNER