# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

David Bradley  
CLERK

P.O. BOX 61010  
HOUSTON, TX 77208

August 17, 2010

Mr. Lyle Wyman Cayce, Clerk  
U.S. Court of Appeals, Fifth Circuit  
600 South Maestri Place  
New Orleans, LA 70130

IN RE:  Waguih Siag et al vs King & Spalding LLP et al  
District Court Case No.:  4:10cv367  
Circuit Court Case No.:  10-20513

Dear Mr. Cayce:

Enclosed is a printed copy of the certified electronic record on appeal in the above referenced matter.  This record contains  15 (fifteen) volumes of the printed record on appeal.

- Copies of Transcripts are enclosed.

- No sealed documents exist in this case.

- No State Court Records exist in this case.

Copies do not need to be returned to our Clerk's office.  Please properly dispose of all items when the appeal process in complete.

Very Truly Yours,

David J Bradley, Clerk

C. Lamey  
Deputy Clerk

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

David Bradley  P.O. BOX 61010
CLERK  HOUSTON, TX 77208

August 17, 2010

Mr. Lyle Wyman Cayce, Clerk
U.S. Court of Appeals, Fifth Circuit
600 South Maestri Place
New Orleans, LA 70130

IN RE:  Waguih Siag et al vs King & Spalding LLP et al
District Court Case No.:  4:10cv367
Circuit Court Case No.:  10-20513

Dear Mr. Cayce:

Enclosed is a printed copy of the certified electronic record on appeal in the above referenced matter.  This record contains 15 (fifteen) volumes of the printed record on appeal.

- Copies of Transcripts are enclosed.

- No sealed documents exist in this case.

- No State Court Records exist in this case.

Copies do not need to be returned to our Clerk's office.  Please properly dispose of all items when the appeal process in complete.

Very Truly Yours,

David J Bradley, Clerk

C. Lamey
Deputy Clerk