**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

David Bradley                                                                 P.O. BOX 61010
CLERK                                                                          HOUSTON, TX 77208

August 20, 2010

Mr. Lyle Wyman Cayce, Clerk
U.S. Court of Appeals, Fifth Circuit
600 South Maestri Place
New Orleans, LA 70130
Attn: Shea Pertuit

IN RE:  Siag vs King & Spalding
District Court Case No.: H:10cv367/ H:10cv2096
Circuit Court Case No.: 10-20513

Dear Mr. Cayce:

    Enclosed is a printed copy of the certified electronic record on appeal in the above referenced matter.  This record contains  3   volumes of the printed record on appeal.

Copies do not need to be returned to our Clerk's office.  Please properly dispose of all items when the appeal process in complete.

Very Truly Yours,

David J Bradley, Clerk

   _B Lacy_____
Deputy Clerk

