

Jeffrey C. Kubin
Partner
jkubin@gibbsbruns.com
713.751.5217

September 7, 2010

SEP − 7 2010

***Via Hand Delivery***
The Honorable Melinda Harmon
United States District Judge
United States Courthouse
c/o Chambers of Judge Melinda Harmon
515 Rusk Ave., 9th Floor
Houston, TX  77002

   Re:  Civil Action No. 4:10-cv-367, *Waguih Siag, et al. v. King & Spalding LLP, et al.*

Dear Judge Harmon:

   I write to respectfully request that the Court not rule on any pending motions before it in the above-captioned matter pending the parties informing the Court within two weeks of a fully funded settlement in this matter.

   Thank you for your attention to this matter.  I am copying all counsel of record on this letter.

         Very truly yours,

         Jeffrey C. Kubin

JCK/rf
Enclosure
c:  Mr. Brett Wagner (via email)
   Mr. Mark W. Long (via email)
   Mr. James J. McGuire (via email)