IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| WAGUIH SIAG, INDIVIDUALLY, AND AS REPRESENTATIVE OF TOURISTIC INVESTMENT & HOTELS MANAGEMENT COMPANY (SIAG) And SIAG-TABA COMPANY | § § § § § § | |
| Plaintiffs, | § | Civil Action No. 4:10-cv-367 |
| v. | § § § | Civil Action No. 4:10-cv-2096 |
| KING & SPALDING LLP and REGINALD R. SMITH | § § § | (Consolidated Cases) |
| Defendants. | § § | |

### AGREED STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i)-(ii), Plaintiffs Waguih Siag, Touristic Investment & Hotels Management Company (SIAG), and Siag-Taba Company (collectively, "Plaintiffs") file this agreed stipulation of dismissal with prejudice.

Plaintiffs hereby and effective immediately dismiss with prejudice all of their claims and causes of action against Defendants King & Spalding LLP and Reginald R. Smith (collectively, "Defendants"). Defendants agree to the dismissal with prejudice.

Rule 41(a)(1)(A) is applicable because this lawsuit is not a class action, a derivative action, or an action relating to unincorporated associations; it does not seek the appointment of a receiver or involve a receiver as a party; and it is not governed by any federal statute that requires an order of the Court for dismissal of the case.

Plaintiffs and Defendants agree that all attorneys' fees and costs are to be borne by the party incurring them.

                                        Respectfully submitted,

                                        DOHERTY ★ WAGNER

                                        By: _____
                                                BRETT WAGNER – SBN: 20654270
                                        Southern District I.D. No. 59875
                                        13810 Champion Forest Drive, Suite 225
                                        Houston, TX 77069
                                        281-583-8700
                                        281-583-8701 – Fax

                                        MISHCON DE REYA NEW YORK LLP
                                        James J. McGuire
                                        200 Park Avenue, 44th Floor
                                        New York, NY 10016
                                        212-612-3270
                                        212-612-3297 – Fax

**Of Counsel:**

MARK W. LONG & ASSOCIATES
Mark W. Long – SBN: 129214950
Southern District I.D. No. 8816
101 West 6th Street, Suite 720
Austin, TX 78701
512-329-5005   512-322-2096-Fax

                                        **ATTORNEYS FOR PLAINTIFFS**
                                        **WAGUIH SIAG, INDIVIDUALLY, AND AS**
                                        **REPRESENTATIVE OF TOURISTIC INVESTMENT &**
                                        **HOTELS MANAGEMENT COMPANY (SIAG) AND**
                                        **SIAG-TABA COMPANY**

AGREED AS TO FORM AND SUBSTANCE:

GIBBS & BRUNS, L.L.P.

By: _____
ROBIN C. GIBBS – SBN: 07853000
Southern District I.D. No. 4790
1100 Louisiana, Suite 5300
Houston, TX 77002
713-650-8805
713-750-0903 – Fax

**ATTORNEYS FOR DEFENDANTS KING & SPALDING, LLP AND REGINALD R. SMITH**
**Of counsel:**
Scott A. Humphries
Texas State Bar No. 00796800
S.D. Texas Bar No. 20465
Jeffrey C. Kubin
Texas State Bar No. 24002431
S.D. Texas Bar No. 26013
Anthony N. Kaim
Texas State Bar No. 24065532
S.D. Texas Bar No. 1078087
GIBBS & BRUNS, L.L.P.
1100 Louisiana, Suite 5300
Houston, Texas 77002
Telephone: (713) 650-8805
Facsimile: (713) 750-0903