## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| **WAGUIH SIAG, INDIVIDUALLY,** | § | |
| **AND AS REPRESENTATIVE OF** | § | |
| **TOURISTIC INVESTMENT & HOTELS** | § | |
| **MANAGEMENT COMPANY (SIAG),** | § | |
| **and SIAG-TABA COMPANY** | § | |
| | § | **CIVIL CASE NO. 4:10-CV-00367** |
| **VS.** | § | |
| | § | |
| **KING & SPALDING, LLP, AND** | § | |
| **REGINALD R. SMITH, INDIVIDUALLY** | § | |

### ORDER OF DISMISSAL WITH PREJUDICE

After considering the Agreed Stipulation of Dismissal With Prejudice, the Court

GRANTS the stipulation and dismisses the case with prejudice.

SIGNED on this _____ day of _____, 2010.


_____
U. S. DISTRICT JUDGE

APPROVED & ENTRY REQUESTED:
DOHERTY ✯ WAGNER

  /s/ Brett Wagner_____
BRETT WAGNER
SBN: 20654270 - So. Dist. Bar No. 59875
brett@dlwlawyers.com
13810 Champion Forest Drive Suite 225
Houston, Texas  77069
281-583-8700 — 281-583-8701-Fax


MISHCON DE REYA NEW YORK LLP
James J. McGuire (admitted *pro hac vice*)
200 Park Avenue, 44th Floor
New York, New York 10166
212-612-3270 – 212-612-3297 – Fax

Attorneys in Charge for Plaintiff, Waguih Siag,
Individually, and As Representative of Touristic
Investment and Hotels Management Company
(SIAG) and SIAG-TABA Company

OF COUNSEL:
MARK W. LONG & ASSOCIATES
Mark W. Long
SBN: 12521950 - Federal ID No. 8816
mark@marklong.com
101 West 6th Street Suite 720
Austin, Texas 78701
512-329-5005 — 512-322-2096-Fax

GIBBS & BRUNS, L.L.P.

/s/ Robin C. Gibbs
Robin C. Gibbs
SBN: 07853000 – So. Dist. Bar. No. 4790
1100 Louisiana Suite 5300
Houston, Texas 77002
713-650-8805 — 713-750-0903-Fax
Attorney in Charge for Defendants, King
& Spalding, LLP and Reginald R. Smith

OF COUNSEL:
Scott A. Humphries - SBN: 00796800
Jeffrey C. Kubin - SBN: 24002431
Anthony N. Kaim - SBN: 24065532
Gibbs & Bruns, LLP
1100 Louisiana Suite 5300
Houston, Texas 77002
713-650-8805 — 713-750-0903 (Fax)