# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

United States Courts
Southern District of Texas
FILED

SEP 2 7 2010

Clerk of Court

September 21, 2010

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

No. 10-20513    Waguih Siag, et al v. King & Spalding, L.L.P., et al
USDC No. 4:10-CV-367
USDC No. 4:10-CV-2096

The court has taken the following action in this case: The appellants' Mr. Waguih Siag and Siag-Taba Company's motion to dismiss the appeal has been granted.

Sincerely,

LYLE W. CAYCE, Clerk

By: /s/ Sabrina B. Short
Sabrina B. Short, Deputy Clerk
504-310-7817

Mr. David J. Bradley
Mr. Vincent Filardo Jr.
Mr. James J. McGuire

MOT-2

A true copy
Attest:
Clerk, U. S. Court of Appeals, Fifth Circuit
By /s/ Sabrina B. Short
Deputy
New Orleans, Louisiana    SEP 2 1 2010