IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| WAGUIH SIAG, INDIVIDUALLY, AND AS REPRESENTATIVE OF TOURISTIC INVESTMENT & HOTELS MANAGEMENT COMPANY (SIAG), and SIAG-TABA COMPANY | § § § § § § | |
| VS. | § § § | CIVIL CASE NO. 4:10-CV-00367 |
| KING & SPALDING, LLP, AND REGINALD R. SMITH, INDIVIDUALLY | § § | |

### ORDER OF DISMISSAL WITH PREJUDICE

After considering the Agreed Stipulation of Dismissal With Prejudice, the Court GRANTS the stipulation and dismisses the case with prejudice.

SIGNED on this 27th day of September, 2010.

_____
U. S. DISTRICT JUDGE

APPROVED & ENTRY REQUESTED:
DOHERTY ★ WAGNER

/s/ Brett Wagner
_____
BRETT WAGNER
SBN: 20654270 - So. Dist. Bar No. 59875
brett@dlwlawyers.com
13810 Champion Forest Drive Suite 225
Houston, Texas 77069
281-583-8700 — 281-583-8701-Fax

MISHCON DE REYA NEW YORK LLP
James J. McGuire (admitted *pro hac vice*)
200 Park Avenue, 44th Floor
New York, New York 10166
212-612-3270 – 212-612-3297 – Fax

Attorneys in Charge for Plaintiff, Waguih Siag,
Individually, and As Representative of Touristic
Investment and Hotels Management Company
(SIAG) and SIAG-TABA Company

OF COUNSEL:
MARK W. LONG & ASSOCIATES
Mark W. Long
SBN: 12521950 - Federal ID No. 8816
mark@marklong.com
101 West 6th Street Suite 720
Austin, Texas 78701
512-329-5005 — 512-322-2096-Fax

GIBBS & BRUNS, L.L.P.

/s/ Robin C. Gibbs
Robin C. Gibbs
SBN: 07853000 – So. Dist. Bar. No. 4790
1100 Louisiana Suite 5300
Houston, Texas 77002
713-650-8805 — 713-750-0903-Fax
Attorney in Charge for Defendants, King
& Spalding, LLP and Reginald R. Smith

OF COUNSEL:
Scott A. Humphries - SBN: 00796800
Jeffrey C. Kubin - SBN: 24002431
Anthony N. Kaim - SBN: 24065532
Gibbs & Bruns, LLP
1100 Louisiana Suite 5300
Houston, Texas 77002
713-650-8805 — 713-750-0903 (Fax)