UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| WAGUIH SIAG, *et al*, § | |
| § | |
| Plaintiffs, § | |
| VS. § | CIVIL ACTION NO. H-10-367 |
| § | |
| KING & SPALDING LLP, *et al*, § | |
| § | |
| Defendants. § | |

# **NOTICE OF REFERRAL**

Defendants' Motion To Seal (Doc. 86) is REFERRED to Magistrate Judge Frances Stacy for resolution.

David Bradley, Clerk of Court

/s/
_____
By Helen Tippen, Case Manager to
U. S. District Judge Melinda Harmon

Date: 10/5/10