IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| WAGUIH SIAG, INDIVIDUALLY AND AS REPRESENTATIVE OF TOURISTIC INVESTMENT & HOTELS MANAGEMENT COMPANY (SIAG), and SIAG-TABA COMPANY,<br>Plaintiffs,<br><br>v.<br><br>KING & SPALDING, LLP, AND REGINALD R. SMITH,<br>Defendants. | § § § § § § § § § § §   CIVIL CASE NO. 4:10-cv-00367 |

## ORDER

Having considered Plaintiffs' Agreed Motion to Seal ("Motion"), the Motion is GRANTED;

IT IS HEREBY ORDERED that the following documents filed in the above-captioned matter shall be maintained under seal by the Clerk of this Court:

- Plaintiffs' "Memorandum of Law in Support of Plaintiffs' Cross-Motion to Remand and in Opposition to Defendants' Motion to Compel Arbitration" [dckt # 15];

- The "Declaration of Waguih Elie George Siag" and the exhibits thereto [dckt # 16];

- "Plaintiffs' Memorandum of Law in Support of Plaintiffs' Motion to Strike Defendants' Sur-Reply or, Alternatively, for Leave to Respond to Defendants' Sur-Reply" and the exhibits thereto [dckt # 25];

- "Defendants' Emergency Motion to Transfer Case to Court in Which Related Action Is Pending or, in the Alternative, to Consolidate Cases" and the exhibits thereto [dckt # 45];

- "Defendants' Response to Plaintiffs' Emergency Motion for Temporary Restraining Order and Preliminary Injunction" and the exhibits thereto [dckt #s 51, 52, 53, 54, 55, and 56]; and

- "Defendants' Response to Plaintiffs' Application for Order to Vacate Arbitrator's March 30, 2010 London Court of International Arbitration Order and Award and Stay Arbitration Proceedings" and the exhibits thereto [dckt #s 64, 65, 66, 67, and 68].

IT IS FURTHER ORDERED that the following documents filed in the consolidated matter, Civil Action No. H-10-2096, shall be maintained under seal by the Clerk of this Court:

- "Defendants' Notice of Removal" and the exhibits thereto [dckt # 1];

- The "Affidavit of Waguih Siag in Support of Application for Order to Vacate Arbitrator's March 30, 2010 London Court of International Arbitration Order and Award and Stay Arbitration Proceedings and Petition for Temporary Restraining Order and Preliminary Injunction" and the exhibits thereto [dckt # 3];

- "Defendants' Emergency Motion to Transfer Case to Court in Which Related Action Is Pending or, in the Alternative, to Consolidate Cases" and the exhibits thereto [dckt # 11]; and

- "Defendants' Amended Notice of Removal" and the exhibits thereto [dckt # 15].

Signed this 7th day of October, 2010.

Frances H. Stacy

US 437215v.1